LAW OFFICES OF
# ROBERT P. COCCO, P.C.

1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PENNSYLVANIA 19102

(215) 351-0200
FAX: (215) 261-6055
E-MAIL: RCOCCO@RCN.COM

**FILED
SCRANTON**

*Via Fax 570-207-5719*

AUG 29 2012

August 29, 2012

PER_____
DEPUTY CLERK

Hon. Richard Conaboy
U.S. MIDDLE DISTRICT COURT

Re: *3:12-cv-01532-RPC LUTZ v. SANTANDER CONSUMER USA, INC. et al*

Dear Judge Conaboy:

I am plaintiff's co-counsel in this matter. With regards to the above referenced matter, please be advised that it has been settled among all parties and dismissal pursuant to Rule 41(a)(1)(A)(i) is requested accordingly.

Sincerely,

*Robert Cocco*

ROBERT P. COCCO
RPC/mc
*cc: counsel of record*