IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LUTZ                                    :
                                        :
   Plaintiff,                           :
                                        :  CIVIL ACTION NO. 3:12-CV-1532
                                        :
   v.                                   :
                                        :
SANTANDER CONSUMER USA, INC., et al.    :
                                        :  (JUDGE RICHARD P. CONABOY)
   Defendants.                          :
                                        :

FILED
SCRANTON
AUG 29 2012

PER_____
   DEPUTY CLERK

## ORDER OF DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

_____
RICHARD P. CONABOY
UNITED STATES DISTRICT JUDGE

DATED: August 29, 2012